## Commonwealth *v.* Johnson, Appellant.

Argued November 20, 1970. Before BELL, C. J., JONES, COHEN, O'BRIEN and POMEROY, JJ.

*Joseph Michael Smith,* for appellant.

*Melvin M. Dildine,* Assistant District Attorney, with him *Milton M. Stein,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM, January 7, 1971:

Judgment of sentence affirmed.

Mr. Justice COHEN took no part in the decision of this case.

Mr. Justice EAGEN and Mr. Justice ROBERTS took no part in the consideration or decision of this case.